Carroll F. YOUNGBLOOD,
Petitioner–Appellant,

v.

James A. COLLINS, Director, Texas Department of Criminal Justice, Institutional Division, Respondent–Appellee.

No. 88–2888.

United States Court of Appeals,
Fifth Circuit.

Aug. 13, 1990.

John R. "Randy" Farrar, Staff Counsel for Inmates, TDC, Huntsville, Tex., for petitioner-appellant.

S. Michael Bozarth, Charles A. Palmer, Asst. Attys. Gen., and Jim Mattox, Atty. Gen., Austin, Tex., for respondent-appellee.

Before GEE, GARZA and JONES, Circuit Judges.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

By an opinion to be found at 882 F.2d 956, this court had reversed the denial of the writ of habeas corpus by the court below and remanded for a new trial.

The Supreme Court in *Collins, Director, Texas Department of Criminal Justice, Institutional Division v. Youngblood,* —— U.S. ——, 110 S.Ct. 2715, 111 L.Ed.2d 30, reversed this court and remanded the case in accordance with that opinion. We now AFFIRM the denial of the writ of habeas corpus to Youngblood by the Court below.